IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN J. DEES, AIS #568669, Plaintiff, | : : : : | |
| vs. | : : | CIVIL ACTION 14-273-WS-M |
| ASHLEY MOONEY RICH, *et al.*, Defendants. | : : : | |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Plaintiff Justin J. Dees' Complaint be and is hereby DISMISSED without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2(B)(i).

DONE this 25th day of September, 2014.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE