IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JUSTIN J. DEES,                       :
AIS #568669,                          :
    Plaintiff,                    :
                                      :
vs.                                   :         CIVIL ACTION 14-273-WS-M
                                      :
ASHLEY MOONEY RICH,                   :
*et al.*,                             :
    Defendants.                   :

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this civil action be and is hereby DISMISSED without prejudice as frivolous pursuant to 28 U.S.C. § 1915(e)(2(B)(i).

DONE this 25th day of September, 2014.

                            s/WILLIAM H. STEELE
                            CHIEF UNITED STATES DISTRICT JUDGE